IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18-CR-3121 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JUDITH LEYVA-REYNOSO, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 43) is granted.

2. Defendant Judith Leyva-Reynoso's sentencing is continued to October 11, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 28th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge