# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUDITH LEYVA-REYNOSO,<br><br>　　　　　Defendant. | 4:18-CR-3121<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 46) is granted.

2. Defendant Judith Leyva-Reynoso's sentencing is continued to January 15, 2020, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 3rd day of October, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge