IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3121 |
| vs. | **ORDER** |
| JUDITH LEYVA-REYNOSO, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing 48) is granted.

2. Defendant Judith Leyva-Reynoso's sentencing is continued to May 15, 2020, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 7th day of January, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge