IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 4:18-CR-3121 |
| JUDITH LEYVA-REYNOSO, | ORDER |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of April 29, 2021 (filing 60),

IT IS ORDERED that the defendant's motion to reconsider (filing 61) is respectfully denied.

Dated this 17th day of May, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge