IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 4:18-CR-3121 |
| JUDITH LEYVA-REYNOSO, | ORDER |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of April 29, 2021 (filing 60),

IT IS ORDERED that the defendant's motion to reconsider (filing 63) is denied.

Dated this 1st day of June, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge