IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3121 |
| vs. | JUDGMENT |
| JUDITH LEYVA-REYNOSO, | |
| Defendant. | |

For the reasons stated in the accompanying memorandum and order, the defendant's pro se motion to vacate under 28 U.S.C. § 2255 (filing 66) is denied.

Dated this 9th day of November, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge